AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alberto Sanchez Villareal | ) | Case No. |
| | ) | 8:14MJ192 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 27 2014
OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2014__ in the county of _____ in the _____ District of __NEBRASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Sections 841(a)(1) and 841(b)(1) | On or about August 19, 2014, in the District of Nebraska, ALBERTO SANCHEZ VILLAREAL, Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.<br>In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1). |

This criminal complaint is based on these facts:

Please see attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Robert Branch, Omaha Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/27/14

*Judge's signature*

City and state: Omaha, Nebraska

Thomas D. Thalken, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Affiant, Officer Robert Branch #1634, has been an Omaha Police Officer for 14 years and has been assigned to the narcotics unit for the past 10 years. Affiant has been involved in thousands of narcotics related investigations resulting in the arrest and convictions of numerous individuals. Affiant has attended several narcotics related schools including; The Drug Enforcement Administration Narcotic Investigation, The Drug Enforcement Administration Advanced Narcotics Investigations, Undercover Narcotics Investigations, Drug Trafficking Organizations, Reid Interview & Interrogation, and Gang & Gang Violence Investigators School.

On June 2, 2014, Affiant received a Crime Stoppers complaint regarding the illegal distribution of narcotics at the address of 7416 Blondo Street, apartment # 1. The anonymous complainant indicated that a Hispanic male named Jose Luis Trejo was staying at the Blondo Street apartment and was involved in distributing methamphetamine.

On August 11, 2014, officers of the Omaha Police Department Narcotics Unit received a High Intensity Drug Trafficking Area report from Arizona that summarized the details of a traffic stop and the seizure of 23 pounds of methamphetamine that occurred on July 22, 2014. According to the report, Jose Trejo-Acosta and Nelam Millatmal were arrested during the traffic stop for possession with intent to distribute methamphetamine.

On August 19, 2014, Affiant and other Omaha Police Officers followed up on the Crime Stoppers complaint. Affiant knocked on the door to apartment #1 of 7416 Blondo and made contact with Ana Cardenas, who gave Affiant permission to search the residence. During the search of the residence, officers located approximately 2 ounces of methamphetamine in a brown paper bag on the closet shelf of the master bedroom; a small amount of cocaine in a man's shirt in the master bedroom closet; $10,000 dollars of United States Currency also in a man's shirt pocket in the master bedroom closet; ammunition; drug paraphernalia; a ballistic vest; and three cellular phones. The methamphetamine was sent to the Eastern Nebraska Forensic Lab where it was determined to be 56.9 grams of 95% pure methamphetamine.

Affiant interviewed Ana Cardenas who stated that she and the father of her unborn child, whom she claimed was named Jose Herrera, were renting the apartment from Nelam Millatmal. Cardenas admitted she was aware that Millatmal and Jose Trejo-Acosta had been arrested in Arizona with a large quantity of methamphetamine. Ana denied being involved with the distribution of methamphetamine but stated that she knew Jose Herrera sometimes smoked methamphetamine. She denied knowing when Herrera was to return to the apartment. Officers found a photograph in the apartment of a man and Cardenas stated that the man in the picture was Herrera. Officers took the photograph as evidence.

1

Upon leaving the apartment, officers waited outside hoping to serve a search warrant on a vehicle involved in the investigation. While waiting, the man in the photograph, identified by Cardenas as Jose Herrera, arrived at the Blondo apartment. When officers attempted to make contact, the man ran into the apartment. Officers forced entry into the apartment and detained the man and positively identified him as Alberto Sanchez Villareal. Sanchez Villareal consented to officers searching his person. In Sanchez Villareal's possession, officer's found a set of keys that opened the exterior security door and the apartment door.

Affiant again interviewed Ana Cardenas, at which time she admitted that she had lied about Sanchez Villareal's identity. She further admitted that Sanchez Villareal was in fact the man living with her in the apartment. Officers then found an item in the master bedroom of the residence with the name of Alberto Sanchez Villareal.

Affiant then attempted to interview Sanchez Villareal who denied any involvement with any narcotics and then requested an attorney.

On August 22, 2014, Affiant executed a search warrant the cellphones taken from the Blondo apartment, including one that was found on Sanchez Villareal's person. The two phones that had been found in the shirt pockets a man's shirt in the master bedroom closet contained photographs of Alberto Sanchez Villareal. One photo depicted Sanchez Villareal lying on a bed with what appears to be a small baggy that is consistent with packaging material for illegal narcotics next to him.

Alberto Sanchez Villlareal is currently incarcerated at the Douglas County Jail for PWID meth and an ICE hold. Phone conversations have been monitored by Officer Hernandez and Alberto Sanchez Villareal has made comments about bonding out and going to Mexico.

Executed this 27th day of August, 2014.

OFFICER ROBERT BRANCH
Omaha Police Department

Sworn to before me and subscribed in my presence this 27th day of August, 2014.

THOMAS D. THALKEN
United States Magistrate Judge