IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALBERTO SANCHEZ VILLAREAL,<br><br>　　　　　Defendant. | 8:14CR313<br><br>**MOTION TO DISMISS<br>FORFEITURE ALLEGATION** |

COMES NOW the Plaintiff, United States of America, and respectfully requests this Court dismiss the Forfeiture Allegation of the Indictment filed herein. In support of this Motion, the Plaintiff respectfully shows the Court as follows:

1.　The Indictment contains a Forfeiture Allegation pertaining to $10,247.00 in United States currency seized on August 19, 2015, at the residence of Alberto Sanchez Villareal.

2.　The aforementioned currency has been administratively forfeited by the United States Drug Enforcement Administration. Consequently, no further judicial forfeiture action is necessary.

WHEREFORE the Plaintiff, United States of America, respectfully requests this Court dismiss the Forfeiture Allegation of the Indictment.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

By:     *s/Nancy A. Svoboda*
_____
NANCY A. SVOBODA (#17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

## **CERTIFICATE OF SERVICE**

I hereby certify on November 16, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/Nancy A. Svoboda*
_____
NANCY A. SVOBODA
Assistant United States Attorney